UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Crim. No. 07-427 (RMB)

v.                            :

JARON BURNETT,                :     **ORDER**
   a/k/a "Jay Burns,"
   a/k/a "Big Show,"
   a/k/a "JR"

This matter having been brought before the Court upon motions by defendant Jaron Burnett, and the Court having considered the moving papers, and the opposition thereto;

And for the reasons stated upon the record on September 8, 2008;

It is HEREBY ORDERED that the following defense motions are DISMISSED as moot by the consent of the parties:

1. Motion to Compel Disclosure of Preferential Agreements With Witnesses (Docket #59);

2. Motion to Require The Government to Disclose The Circumstances of All Surveillance of The Defendant (Docket #60);

3. Motion to Compel Production Of The Minutes of The Grand Jury Proceedings (Docket #69);

4. Motion to Produce Police Reports, Investigative Reports, and Related Information (Docket #76);

5. Motion For Production of Statements of Witnesses (Docket #77);

6. Motion to Dismiss Indictment and Receive Full Grand Jury Transcripts (Docket #78);

7. Motion to Dismiss The Indictment (Docket #80);

8. Motion For List of Witnesses (Docket #81);

9. Motion To Compel Disclosure of Identity of Expert Witnesses (Docket #82);

10. Motion For Discovery (Docket #83);

It is FURTHER ORDERED that the defendant's Motion to Compel the Government to Disclose the Matter of Selecting Grand Jurors is DISMISSED (Docket #79), the motion having been withdrawn by the defendant;

It is FURTHER ORDERED that defendant's Motion to Suppress statements allegedly made to the Federal Bureau of Investigation, as set forth in Second Omnibus Motion (Docket #41) is DENIED;

It is FURTHER ORDERED that the defendant's Motion for a Franks v. Delaware hearing (Docket #84) is DENIED;

It is FURTHER ORDERED that the defendant's Motion to Suppress Evidence recovered during the search of his house, as set forth in Second Omnibus Motion (Docket #41); Motion By Defendant to Compel and Suppress (Docket #65), Supplement to Suppression Motion (Docket #85), and Supplement Memorandum of Law

For Suppression Motion(s) (Docket #93), is DENIED;

It is FURTHER ORDERED that the defendant's Motion to Dismiss the Indictment (Docket #88) is DENIED;

It is FURTHER ORDERED that defendant's Motion to Dismiss the Indictment for Vindictive Prosecution (Docket #95) is ADJOURNED and CARRIED until October 14, 2008, at which time the parties will be permitted to present further oral argument.

October 2, 2008

_____
HON. RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE